

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00498-CR

Alexander E. **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8604
Honorable Laura Lee Parker, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 21, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

_____
Michael A. Cruz, Clerk of Court